441 A.2d 459

Commonwealth v. Ferguson, Appellant.

Submitted September 23, 1981. Peter B. Foster, for appellant; Marion E. Mac Intyre, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Appeal quashed without prejudice.

McEWEN, J., filed a memorandum concurring statement.